```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 11167
    ANGELIA WARE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2915


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/22/2007 and was confirmed 09/05/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 06/25/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
 DRIVE FINANCIAL SERVICES SECURED VEHIC   21700.94          561.60          884.45
 INTERNAL REVENUE SERVICE PRIORITY         1025.09             .00             .00
 ALLIED INTERSTATE        UNSECURED       NOT FILED            .00             .00
 ASSET ACCEPTANCE LLC     UNSECURED          805.97            .00             .00
 ASSET ACCEPTANCE LLC     FILED LATE         380.77            .00             .00
 ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED            .00             .00
 CAPITAL ONE              UNSECURED         1054.70            .00             .00
 COMMONWEALTH EDISON      UNSECURED         2409.17            .00             .00
 CREDIT PROTECTION ASSOC  UNSECURED       NOT FILED            .00             .00
 CREDIT PROTECTION ASSOC  UNSECURED       NOT FILED            .00             .00
 FIRST PREIMER BANK       UNSECURED          405.83            .00             .00
 GREATER SUBURBAN ACCEPTA UNSECURED       NOT FILED            .00             .00
 HSBC NV                  UNSECURED       NOT FILED            .00             .00
 JEFFERSON CAPITAL SYSTEM UNSECURED       NOT FILED            .00             .00
 JVDB & ASSOC INC         UNSECURED       NOT FILED            .00             .00
 NATIONWIDE CREDIT CO     UNSECURED       NOT FILED            .00             .00
 NCO FIN/55               UNSECURED       NOT FILED            .00             .00
 NICOR GAS                UNSECURED          125.04            .00             .00
 TIMOTHY & DENISE MURRAY  UNSECURED       NOT FILED            .00             .00
 UNIV FIDELITY            UNSECURED       NOT FILED            .00             .00
 DRIVE FINANCIAL SERVICES UNSECURED       NOT FILED            .00             .00
 INTERNAL REVENUE SERVICE UNSECURED         8755.73            .00             .00
 VIRGINIA PAIGE           NOTICE ONLY     NOT FILED            .00             .00
 ROUNDUP FUNDING LLC      UNSECURED         4514.55            .00             .00
 SPRINT-NEXTEL CORP       UNSECURED          266.50            .00             .00
 ILLINOIS DEPT OF REVENUE UNSECURED          545.00            .00             .00
 ILLINOIS DEPT OF REVENUE PRIORITY          3158.58            .00             .00
 ERNESTO D BORGES JR      DEBTOR ATTY      3,124.00                           .00
 TOM VAUGHN               TRUSTEE                                          103.95
 DEBTOR REFUND            REFUND                                              .00

       Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11167 ANGELIA WARE
```

```
--------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     1,550.00

PRIORITY                                             .00
SECURED                                           884.45
    INTEREST                                      561.60
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              103.95
DEBTOR REFUND                                        .00
                          ---------------   ---------------
TOTALS                      1,550.00            1,550.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 09/24/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 11167 ANGELIA WARE